IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES D. YOUNG &<br>ANGELA R. YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-773C<br>(Judge Wolski) |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to this Court's order of April 19, 2004, and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs and defendant respectfully submit the following joint preliminary status report[1]:

a. Jurisdiction

Plaintiffs assert that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. At this time, defendant does not dispute plaintiffs' basis for jurisdiction.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

---

[1] On May 21, 2004, the Government transmitted a proposed joint preliminary status report to the plaintiffs via overnight mail, with a request that they sign the report if it meets with their approval and remit it to Government counsel no later than May 28, 2004. At this time, the Government has not received any communication from the plaintiffs regarding the report. Accordingly, only counsel for the defendant has signed the report. The only difference between the version of the report sent to plaintiffs and this version is the inclusion of this footnote and a deadline of October 1, 2004 for the Government to file its motion for summary judgment. This deadline is necessary because the undersigned anticipates being out of the office from July 12, 2004, through September 1, 2004 for family medical leave purposes.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

The United States intends to file a motion for summary judgment, pursuant to RCFC 56, upon the basis that there are no triable issues of fact, and that the United States is entitled to judgment as a matter of law.

h. Relevant Issues

1. Whether plaintiffs possessed any contract(s) with the Department of Housing and Urban Development ("HUD").
2. Whether HUD owed plaintiffs any obligations relating to any alleged contract(s) with plaintiffs.
3. Whether HUD breached any contractual obligation.
4. Whether HUD tortiously breached any contractual obligation.

i. Settlement

The parties do not currently anticipate conducting alternative dispute resolution procedures.

j. Trial

As stated above, the United States intends to file a motion for summary judgment, pursuant to RCFC 56. If this motion is not dispositive of the action, the parties anticipate proceeding to trial. At this time, the parties do not request expedited trial scheduling.

k. Electronic Case Management

The parties have no special issue regarding electronic case management needs.

l. Additional Information

Plaintiff Charles Young is incarcerated in prison in Arkansas.

m. Proposed Discovery Plan

If this matter is not dismissed based upon the Government's motion for summary judgment, the parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose that the Government file its motion for summary judgment by October 1, 2004. In the event that the Government's motion for summary judgment was not granted, the parties request nine months to conduct discovery, following the Court's ruling upon the motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

CHARLES D. YOUNG
ADC # 120971
JCCF Barracks 8
7206 West 7th Street
Pine Bluff, AR 71603-1483

ANGELA R. YOUNG
6908 Grace Road
Little Rock, AR 72209-2630

Pro Se Plaintiffs

May __, 2004

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 1, 2004

Attorneys for Defendant